UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:07CR10-3 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KALEIBA SHONTA BOULAR, | ) | |
| | ) | |
| Defendant | ) | |

Defendant KALEIBA SHONTA BOULAR moves this Court to review the Detention Order of United State Magistrate Judge David Keesler (Doc. No. 34).

Defendant, however, has already pled to Count One of the Bill of Indictment (Doc. No. 1), a violation of the Controlled Substances Act (21 U.S.C. § 801 et seq.) with a maximum term of imprisonment of ten years or more (see Plea Agreement, Doc. No. 30, and Entry and Acceptance of Plea, Doc. No. 32). Under the Bail Reform Act of 1984, as a matter of law the Defendant is required to be detained pending sentencing. See 18 U.S.C. §§3142(f)(1)(C) & 3143(a)(2).

THEREFORE Defendant's Motion for Review of the Detention Order is DENIED.

Signed: July 3, 2007

Frank D. Whitney
United States District Judge