# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

**DOCKET NO. 3:07-CR-10-3-FDW**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **KALEIBA SHONNTA BOULDER.,** ) | **ORDER** |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's motion for "reconsideration" of her sentence pursuant to 18 U.S.C. § 3582(c)(2) and the new crack cocaine sentencing guidelines. Defendant's motion is DENIED for the reasons stated in the prior Presentence Investigation Report and Court's Order (64, 65 & 67). The reduced sentence is within the amended guideline range.

**IT IS SO ORDERED:**          Signed: July 13, 2009

Frank D. Whitney
United States District Judge